En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| Municipio de San Juan<br>        Peticionaria<br><br>                V.<br><br>Junta de Calidad Ambiental,<br>Administración de Reglamentos y<br>Permisos<br>        Recurridos | Certiorari<br><br>99 TSPR 114 |

Número del Caso: CC-1999-0496

Abogados de la Parte Peticionaria: Lcdo. Alberto Omar Jiménez Santiago
                                   Lcdo. Luis H. Sánchez Caso

Abogados de la Parte Recurrida:    Lcdo. Néstor Durán
                                   Lcda. Ana I. Vázquez Sánchez
                                   Lcdo. Orlando Puldón Gómez

Agencia: Junta de Calidad Ambiental

Tribunal de Circuito de Apelaciones: Circuito Regional I San Juan

Panel Integrado por:      Hon. Alfonso de Cumpiano
                          Hon. Aponte Jiménez
                          Hon. Giménez Muñoz

Fecha: 7/2/1999

Materia: Acción Civil

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Municipio de San Juan

     Peticionario

        v.                       CC-99-496

Junta de Calidad Ambiental
y otros

     Recurridos

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de julio de 1999

     Con el propósito de evaluar el recurso presentado con el detenimiento que amerita y en auxilio de nuestra jurisdicción, se ordena la paralización de la demolición de las estructuras del Condado Trío hasta que otra cosa disponga este Tribunal.

     Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri emitió un voto concurrente separado. Los Jueces Asociados señores Rebollo López y Corrada del Río disienten por entender que la sentencia emitida por el Tribunal de Circuito de Apelaciones es correcta en derecho y la acción que hoy toma el Tribunal es contraria a toda su jurisprudencia sobre la materia. El Juez Asociado señor Negrón García no intervino.

Notifíquese por fax y vía telefónica.

                  Isabel Llompart Zeno
             Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Municipio de San Juan

    Demandante-Peticinario

          vs.                  CC-1999-496      Certiorari

Junta de Calidad Ambiental,
Adm. de Reglamentos y Permisos

    Demandados-Recurridos

Voto Concurrente separado emitido por el Juez Asociado señor FUSTER BERLINGERI

San Juan, Puerto Rico, a 2 de julio de 1999.

Estoy de acuerdo con el dictamen emitido por este Foro hoy, pero creo menester hacer una breve expresión sobre el asunto que nos concierne aquí.

En dos ocasiones anteriores, el recurso de autos ha estado ante nos. En ambas de ellas he concurrido con la paralización temporánea de la demolición del Hotel La Concha ordenada por este Tribunal para permitirle al foro apelativo emitir su decisión. Sin embargo, en dichas dos ocasiones expresé también mi criterio de que la paralización aludida **debía mantenerse en vigor hasta que hubiese recaído un dictamen judicial firme y final**.

De haber prevalecido mi criterio en las ocasiones anteriores, no sería necesaria ahora esta

tercera intervención nuestra, ni el dispendio de esfuerzos y recursos judiciales y de las partes que ella acarrea. También se hubiese evitado el vaivén procesal intrajurisdiccional, que sólo ha servido para crear falsas impresiones negativas de inestabilidad y parcialidad respecto a la Rama Judicial y para darle pretextos a la crítica politiquera de burócratas y otros.

Finalmente, quizás le hubiese llegado un mensaje claro, a los que tienen mucha prisa y poca moderación en imponer su voluntad administrativa, de que no pueden actuar festinadamente mientras sus actuaciones se impugnan en los tribunales. Aunque no lo comprendan, por la exaltación que les provoca la arrogancia del poder, **existe** una **tercera** rama de gobierno en nuestro sistema constitucional, y la última palabra respecto a cuestiones jurídicas le compete a esta tercera rama. Las máquinas de demolición no pueden operar hasta tanto se resuelva de modo final y firme en los tribunales si es lícito lo que la administración de turno pretende hacer.

JAIME B. FUSTER BERLINGERI
JUEZ ASOCIADO